IN THE UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT

John Wiliams

Plaintiff-Appellant,

v.

Brittany Huner, et al.

Defendants-Appellees.

No. 25-2539

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THE APPELLANT'S OPENING BRIEF**

Appellant respectfully requests a 30-day extension in which to file his opening brief from the current due date of August 31, 2026 to September 30, 2026.

1. Appellant proceeded before the district court and, initially, this Court *pro se*.
2. Undersigned Counsel recently entered an appearance to represent Appellant on this appeal on a pro bono basis. He is therefore new to this case.
3. Undersigned counsel works for a small non-profit organization and has a crush of impending deadlines, including an answering brief due today in *Harris v. Boyd*, Ninth Circuit No. 25-6494; an opening brief due in

*Womble v. Rahil*, Fourth Circuit No. 26-6517 on September 2, 2026; an opening brief in *Christians v. Young*, Eighth Circuit No. 26-1168 on September 2, 2026; a reply brief in *Fillmore v. Wise*, Seventh Circuit No. 25-2682 on September 4, 2026; and several other matters.

4. Defendants have not appeared in this Court because of the pre-service nature of this case and therefore have no objection to this request for extension.

**CONCLUSION**

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time, up to and including September 30, 2026 in which to file his opening brief.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: August 31, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 197 words.

Date: August 31, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033