# ADDENDUM

I hereby certify the text of the electronic brief is identical to the text in the paper copies.

I certify that the brief was scanned for viruses and no viruses were detected.

I certify that I am a member of the bar of the United States Court of Appeals for the Third Circuit.

Date: October 8, 2026

/s/ Samuel Weiss
Samuel Weiss